UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-07-136-LRS-2 |
| vs. | ) ORDER GRANTING UNOPPOSED |
| | ) MOTION TO MODIFY CONDITIONS |
| RANDI K. TAPIA, | ) OF RELEASE |
| Defendant. | ) |

BEFORE THE COURT is Defendant's Motion to Modify conditions of release pending trial, to permit her to attend religious services on Sunday evenings from 6:00 p.m. to 8:30 p.m. The court has reviewed the reasons for the request and there is no objection by the United State Probation Office.

**IT IS ORDERED** that the Motion to Modify conditions of release **(Ct. Rec. 89)** pending trial is **GRANTED.** The conditions of home detention with electronic monitoring and the daily curfew shall be **MODIFIED** to allow Defendant to be away from her home until 9:00 p.m. on Sundays for participation in religious services only. The curfew of 7:00 a.m. to 6:00 p.m. shall be in effect for the remaining days of the week. All other conditions of release shall remain in effect.

DATED April 15, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1