UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDI TAPIA,<br><br>Defendant. | NO. CR-07-136-LRS-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CURFEW ON PRESENTENCE RELEASE |

BEFORE THE COURT is Defendant's Motion to modify the hours of her curfew pending sentencing in this matter. The court having reviewed the reasons for the request, and the Government and the United States Probation Office having no objections,

**IT IS ORDERED** that the Motion **(Ct. Rec. 181)** is **GRANTED.** The conditions of Defendant's release are **MODIFIED** as to the curfew only. Defendant is required to be home no later than 9:30 p.m. in the evenings and may not leave home until 4:30 a.m. in the mornings. All other terms and conditions of release pending Defendant's sentencing remain in effect.

DATED December 9, 2008.

                              S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

Order