UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>RANDI K. TAPIA,<br><br>           Defendant. | No. CR-07-136-LRS-2<br><br>ORDER FOLLOWING STATUS CONFERENCE AND GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

At the January 21, 2009, status conference and hearing on Defendant's Motion to Modify (Ct. Rec. 190), Defendant appeared with Assistant Federal Defender Steve Hormel. Assistant U.S. Attorney Pamela J. Byerly represented the United States.

Defendant requested modification of her curfew. The United States does not object.

**IT IS ORDERED:**

1. The Defendant's Motion **(Ct. Rec. 190)** is **GRANTED.**

2. The Defendant's curfew is **MODIFIED** to **6:00 p.m. to 6:00 a.m.**

3. All other conditions in this court's prior orders shall remain.

DATED January 21, 2009.


                            S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING STATUS CONFERENCE AND GRANTING
MOTION TO MODIFY CONDITIONS OF RELEASE - 1